| | |
|---|---|
| Gerald Singleton (SBN 208783)<br>J. Ross Peabody (SBN 98190)<br>SINGLETON LAW FIRM, APC<br>857 E. Main Street<br>Ventura, California 93001<br>Tel:  (619) 771-3473<br>Fax: (619) 255-1515<br>gerald@slffirm.com<br>ross@slffirm.com | Andres Pereira<br>*Pro Hac Vice Pending*<br>TX State Bar No. 00794440<br>ANDRES PEREIRA LAW FIRM P.C.<br>14709 Custer Court<br>Austin, Texas 78734<br>Tel:  (713) 305-6188<br>Fax: (512) 309-5861<br>apereira@andrespereiracpc.com |

Mikal C. Watts
*Admitted Pro Hac Vice*
TX State Bar No. 20981820
Guy L. Watts
*Admitted Pro Hac Vice*
TX State Bar No. 24005316
Jennifer Neal
*Admitted Pro Hac Vice*
TX State Bar No. 24089834
WATTS GUERRA LLP
811 Barton Springs Rd., Ste. 725
Austin, Texas 78704
Tel:  (512) 479-0500
Fax: (512) 479-0502
mcwatts@wattsguerra.com
gwatts@wattsguerra.com
jneal@wattsguerra.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT OF CALIFORNIA

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA DALTON and MICHAEL DALTON,<br><br>    Plaintiffs,<br><br>v.<br><br>PRINCESS CRUISE LINES LTD.,<br><br>    Defendant. | **Cause No. 2:20-CV-02458**<br><br>**JOINT STIPULATION OF DISMISSAL, WITHOUT PREJUDICE, OF CLAIMS TO BE REFILED IN A RELATED MATTER** |

**JOINT STIPULATION OF DISMISSAL, WITHOUT PREJUDICE, OF CLAIMS TO BE REFILED IN A RELATED MATTER**

1

JOINT STIPULATION OF DISMISSAL, WITHOUT
PREJUDICE, OF CLAIMS TO BE REFILED IN A RELATED
MATTER

1   COMES NOW All parties in the above styled and numbered cause of action and, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), files this their *Joint Stipulation Of Dismissal, Without Prejudice, Of Claims To Be Refiled In A Related Matter,* and in support thereof hereby states as follows:

2.  1.   As a very brief introduction, the claims and causes of action which are the subject of this *Joint Stipulation Of Dismissal, Without Prejudice, Of Claims To Be Refiled In A Related Matter* are each based on allegations by the Plaintiffs that they were exposed to the Covid-19 virus on the Defendant's Grand Princess cruise ship, which departed from San Francisco, California on February 21, 2020.

3.  2.   During a conference between counsel for each of these Plaintiffs and for Defendant Princess Cruise Lines it was agreed by all counsel that the litigation of these cases would be much more efficient for the court and the parties if the plaintiffs would amend the complaints in Cause no. 2:20-cv-02458, styled *Debra Dalton and Michael Dalton v. Princess Cruise Lines, Ltd.*; Cause No. 2:20-Cv-03776*; styled Geraldine Drake, et al, v. Princess Cruise Lines, Ltd.;* and Cause No. 2:20-CV- 03788*; styled Kris Parker et al v. Princess Cruise Lines, Ltd*, so that the Plaintiffs who have been confirmed to have contracted the COVID-19 virus would be included in one case, and those plaintiffs who, as of the date of this filing, not tested positive for the virus would be included in one case.[1]

## CLAIMS TO BE DISMISSED

3.   To effectuate this realignment of Plaintiffs as agreed by the parties, it is necessary, as the parties have agreed and stipulated, to dismiss <u>all claims brought by all Plaintiffs in this matter</u>, without prejudice, with the respective parties bearing their own costs and fees. [2]

---

[1] See *Joint Stipulation Of All Parties Regarding Plaintiffs Amendment Of Complaints In Response To The Filing Of Defendant's Motion To Dismiss In Dalton v. Princess Cruise Lines, Ltd.*

[2] The claims of the Plaintiffs' which are being dismissed without prejudice in this matter, by agreement of the parties, are to be reasserted in Cause No. 2:20-cv-03788, styled *Kris Parker et al. Princess Cruise Lines, Ltd*., through the amendment of the Complaint to be filed in that matter.

2
JOINT STIPULATION OF DISMISSAL, WITHOUT
PREJUDICE, OF CLAIMS TO BE REFILED IN A RELATED
MATTER

IT IS SO STIPULATED:

Dated: June 26, 2020

SINGLETON LAW FIRM, APC
By: */s/Gerald Singleton*
Gerald Singleton
Attorneys for Plaintiffs

MALTZMAN & PARTNERS
By: */s/ Edgar R. Nield*
Edgar R. Nield
Attorney for Defendant Princess Cruise Lines, Ltd.

JOINT STIPULATION OF DISMISSAL, WITHOUT PREJUDICE, OF CLAIMS TO BE REFILED IN A RELATED MATTER